McDERMOTT WILL & EMERY LLP
  Peter P. Chen (Bar No. 111426)
  Bijal V. Vakil (Bar No. 192878)
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100
  pchen@mwe.com
  bvakil@mwe.com
Attorneys for Plaintiff
Matsushita Electric Industrial Co., Ltd.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]
*Of Counsel Attorneys for Plaintiff*
*Matsushita Electric Industrial Co., Ltd.*

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Victoria F. Maroulis (Bar No. 202603)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700
  davideiseman@quinnemanuel.com
  albedecarre@quinnemanuel.com
  victoriamaroulis@quinnemanuel.com
Attorneys for Defendant
Siliconix incorporated

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SILICONIX INCORPORATED,<br><br>Defendant.<br><br>SILICONIX INCORPORATED,<br><br>Counterclaimant,<br><br>v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>Counterdefendant. | No. C 06-01953 WHA<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR CLAIM CONSTRUCTION** |

[PROPOSED] ORDER REGARDING
SCHEDULE FOR CLAIM CONSTRUCTION
Case No. C 06-01953 WHA
IPRO\2819PL31.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS[PLLC]

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

In compliance with the Court's June 15, 2006 Case Management Order, the parties jointly propose, and respectfully request that the Court set the following claim construction schedule:

| Action | Date |
|---|---|
| Matsushita to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions. *See* Patent L.R. 3-1. | 6/29/06 |
| Siliconix to serve Preliminary Invalidity Contentions. *See* Patent L.R. 3-3. | 7/21/06 |
| Parties exchange Proposed Terms and Claim Elements for Construction. *See* Patent L.R. 4-1(a). | 7/28/06 |
| Parties exchange Preliminary Claim Constructions and Extrinsic Evidence. *See* Patent L.R. 4-2(a). | 8/7/06 |
| Parties to file Joint Claim Construction and Prehearing Statement. *See* Patent L.R. 4-3. | 8/15/06 |
| Completion of claim construction discovery. *See* Patent L.R. 4-4. | 8/17/06 |
| Matsushita to file and serve Opening Claim Construction Brief. *See* Patent L.R. 4-5(a). | 8/22/06 |
| Siliconix to file and serve Responsive Claim Construction Brief. *See* Patent L.R. 4-5(b). | 9/5/06 |
| Matsushita to file and serve Reply Claim Construction Brief. *See* Patent L.R. 4-5(c). | 9/11/06 |
| Technology tutorial. | 9/13/06 |
| Claim Construction Hearing. *See* Patent L.R. 4-6. | 9/27/06 |
| Final Infringement Contentions (if required) due 21 days after Court's claim construction ruling. *See* Patent L.R. 3-6(a). | TBD |
| Final Invalidity Contentions (if required) due 35 days after Court's claim construction ruling. *See* Patent L.R. 3-6(b). | TBD |
| Willfulness Disclosure. *See* Patent L.R. 3-8. | 12/1/06 |

[PROPOSED] ORDER REGARDING
SCHEDULE FOR CLAIM CONSTRUCTION
Case No. C 06-01953 WHA - 2
IPRO\2819PL31.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

**ORDER**

1 
2 
3     IT IS SO ORDERED.
4     Date: _____July 5, 2006_____
5                                                   The Honorable William H. Alsup
                                                  United States District Judge

[PROPOSED] ORDER REGARDING
SCHEDULE FOR CLAIM CONSTRUCTION
Case No. C 06-01953 WHA - 3
IPRO\2819PL31.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS[PLLC]

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

| | | |
|---|---|---|
| 1 | Presented by: | |
| 2 | | |
| 3 | Dated: June 30, 2006 | McDERMOTT WILL & EMERY LLP |
| 4 | | By: /s/ Peter P. Chen |
| | | Attorneys for Plaintiff |
| 5 | | Matsushita Electric Industrial Co., Ltd. |
| 8 | Dated: June 30, 2006 | CHRISTENSEN O'CONNOR JOHNSON KINDNESS$^{PLLC}$ |
| 9 | | By: /s/ Jeffrey W. Reis |
| 10 | | Of Counsel Attorneys for Plaintiff Matsushita Electric Industrial Co., Ltd. |
| 13 | Dated: June 30, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 15 | | By: /s/ David Eiseman |
| | | Attorneys for Defendant |
| 16 | | Siliconix incorporated |

[PROPOSED] ORDER REGARDING
SCHEDULE FOR CLAIM CONSTRUCTION
Case No. C 06-01953 WHA - 4
IPRO\2819PL31.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS$^{PLLC}$

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

**CERTIFICATE OF SERVICE FOR ELECTRONIC FILING**

I hereby certify that on June 30th, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Defendant Siliconix incorporated. I further certify that on June 30th, 2006 a true and correct copy of the foregoing document is being sent via electronic mail transmission to the following counsel of record for Defendant Siliconix incorporated.

**David Eiseman**
davideiseman@quinnemanuel.com

**Albert P. Bedecarre**
albedecarre@quinnemanuel.com

**Victoria F. Maroulis**
victoriamaroulis@quinnemanuel.com

Dated this 30th day of June, 2006.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESSPLLC

/s/ Jeffrey W. Reis
James W. Anable, Wash. Bar No. 7,169
   anable@cojk.com
   courtdoc@cojk.com
Jeffrey W. Reis (*Admitted Pro Hac Vice*)
   jeff.reis@cojk.com
W. David Shenk (*Admitted Pro Hac Vice*)
   david.shenk@cojk.com
Shoko I. Leek (*Admitted Pro Hac Vice*)
   shoko.leek@cojk.com
Christensen O'Connor
Johnson KindnessPLLC
1420 Fifth Avenue, Suite 2800
Seattle, Washington 98101
Telephone: 206.682.8100
Facsimile: 206.224.0779
Of Counsel Attorneys for Plaintiff
Matsushita Electric Industrial Co., Ltd.

[PROPOSED] ORDER REGARDING
SCHEDULE FOR CLAIM CONSTRUCTION
Case No. C 06-01953 WHA - 5
IPRO\2819PL31.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESSPLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1
2  McDERMOTT WILL & EMERY LLP
3
4  Peter P. Chen (Bar No. 111426)
   pchen@mwe.com
5  Bijal V. Vakil (Bar No. 192878)
   bvakil@mwe.com
6  McDermott Will & Emery LLP
   3150 Porter Drive
7  Palo Alto, California 94304-1212
   Telephone: 650.813.5000
8  Facsimile: 650.813.5100
   Attorneys for Plaintiff
9  Matsushita Electric Industrial Co., Ltd.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER REGARDING
SCHEDULE FOR CLAIM CONSTRUCTION
Case No. C 06-01953 WHA - 6
IPRO\2819PL31.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100