| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>  Peter P. Chen (Bar No. 111426)<br>  Bijal V. Vakil (Bar No. 192878)<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br>  pchen@mwe.com<br>  bvakil@mwe.com<br>Attorneys for Plaintiff<br>Matsushita Electric Industrial Co., Ltd.<br><br>CHRISTENSEN O'CONNOR<br>JOHNSON KINDNESS<sup>PLLC</sup><br>*Of Counsel Attorneys for Plaintiff*<br>*Matsushita Electric Industrial Co., Ltd.* | QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Victoria F. Maroulis (Bar No. 202603)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: 415.875.6600<br>Facsimile: 415.875.6700<br>  davideiseman@quinnemanuel.com<br>  albedecarre@quinnemanuel.com<br>  victoriamaroulis@quinnemanuel.com<br>  carlanderson@quinnemanuel.com<br>  emilyobrien@quinnemanuel.com<br>Attorneys for Defendant<br>Siliconix incorporated |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SILICONIX INCORPORATED,<br><br>　　　　　Defendant.<br><br>SILICONIX INCORPORATED,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>　　　　　Counterdefendant. | CASE NO. C 06-01953 WHA<br><br>**STIPULATION AND ORDER REGARDING OPPOSITION AND REPLY CLAIM CONSTRUCTION BRIEFS** |

STIPULATION AND ORDER REGARDING OPPOSITION AND
REPLY CLAIM CONSTRUCTION BRIEFS
Case No. C 06-01953 WHA
IPRO\2819PL47.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

# **STIPULATION**

It is hereby stipulated by and between Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Siliconix incorporated ("Siliconix"), through their respective counsel of record, and respectfully requested that the Court grant the following:

1) Siliconix be given until September 8, 2006 to file an amended version of its Opposition Claim Construction Brief (originally filed on September 5, 2006);

2) Matsushita be given until September 14, 2006 to file its Reply Claim Construction Brief (originally due on September 11, 2006); and

3) Siliconix's overlength brief objection appearing at page 1, footnote 2 of its Opposition Claim Construction Brief be withdrawn.

Dated: September 8, 2006    McDERMOTT WILL & EMERY LLP

By: /s/ Peter P. Chen
Attorneys for Plaintiff
Matsushita Electric Industrial Co., Ltd.

Dated: September 8, 2006    CHRISTENSEN O'CONNOR
JOHNSON KINDNESS[PLLC]

By: /s/ Jeffrey W. Reis
Of Counsel Attorneys for Plaintiff
Matsushita Electric Industrial Co., Ltd.

Dated: September 8, 2006    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ David Eiseman
Attorneys for Defendant
Siliconix incorporated

STIPULATION AND ORDER REGARDING OPPOSITION AND
REPLY CLAIM CONSTRUCTION BRIEFS
Case No. C 06-01953 WHA - 2
IPRO\2819PL47.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS[PLLC]

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.



Date: September 11, 2006  _____
The Honorable William H. Alsup
United States District Judge

STIPULATION AND ORDER REGARDING OPPOSITION AND
REPLY CLAIM CONSTRUCTION BRIEFS
Case No. C 06-01953 WHA - 3
IPRO\2819PL47.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE:  206.682.8100

# PROOF OF SERVICE FOR ELECTRONIC FILING

I am employed in the County of King, State of Washington. I am over the age of eighteen years and not a party to the within action; my business address is 1420 Fifth Avenue, Suite 2800, Seattle, Washington 98101.

On September 8, 2006, I electronically filed the foregoing document described as STIPULATION AND ORDER REGARDING OPPOSITION AND REPLY CLAIM CONSTRUCTION BRIEFS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this action as follows.

David Eiseman, Esq.
davideiseman@quinnemanuel.com
Albert P. Bedecarre, Esq.
albedecarre@quinnemanuel.com
Victoria F. Maroulis, Esq.
victoriamaroulis@quinnemanuel.com
Carl G. Anderson, Esq.
carlanderson@quinnemanuel.com
Emily C. O'Brien, Esq.
emilyobrien@quinnemanuel.com

On September 8, 2006, I served true copies of the foregoing document described as STIPULATION AND ORDER REGARDING OPPOSITION AND REPLY CLAIM CONSTRUCTION BRIEFS on the parties in this action as follows.

David Eiseman, Esq.
Albert P. Bedecarre, Esq.
Carl G. Anderson, Esq.
Emily C. O'Brien, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
Telephone: 415.875.6600
Facsimile: 415.875.6700
davideiseman@quinnemanuel.com
albedecarre@quinnemanuel.com
carlanderson@quinnemanuel.com
emilyobrien@quinnemanuel.com

STIPULATION AND ORDER REGARDING OPPOSITION AND
REPLY CLAIM CONSTRUCTION BRIEFS
Case No. C 06-01953 WHA - 4
IPRO\2819PL47.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

Victoria F. Maroulis, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100
victoriamaroulis@quinnemanuel.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from Christensen O'Connor Johnson Kindness$^{PLLC}$ on September 8, 2006, by transmitting a PDF format copy of such document to each such person at the e-mail address listed below their addresses. The document was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on September 8, 2006, at Seattle, Washington.

/s/ Kathi E. Milner

STIPULATION AND ORDER REGARDING OPPOSITION AND
REPLY CLAIM CONSTRUCTION BRIEFS
Case No. C 06-01953 WHA - 5
IPRO\2819PL47.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS$^{PLLC}$

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100