1   McDERMOTT WILL & EMERY LLP
      Peter P. Chen (Bar No. 111426)
2     Bijal V. Vakil (Bar No. 192878)
    3150 Porter Drive
3   Palo Alto, California 94304-1212
    Telephone: 650.813.5000
4   Facsimile: 650.813.5100
      pchen@mwe.com
5     bvakil@mwe.com
    Attorneys for Plaintiff
6   Matsushita Electric Industrial Co., Ltd.

7   CHRISTENSEN O'CONNOR
    JOHNSON KINDNESS[PLLC]
8   *Of Counsel Attorneys for Plaintiff*
    *Matsushita Electric Industrial Co., Ltd.*
9

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Victoria F. Maroulis (Bar No. 202603)
  Carl G. Anderson (Bar No. 239927)
  Emily C. O'Brien (Bar No. 240072)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
  davideiseman@quinnemanuel.com
  albedecarre@quinnemanuel.com
  victoriamaroulis@quinnemanuel.com
  carlanderson@quinnemanuel.com
  emilyobrien@quinnemanuel.com
Attorneys for Defendant
Siliconix incorporated

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14  MATSUSHITA ELECTRIC INDUSTRIAL )   CASE NO. C 06-01953 WHA
    CO., LTD.,                      )
15                                  )   **STIPULATION AND [PROPOSED]**
                   Plaintiff,       )   **ORDER PERMITTING USE OF**
16         v.                       )   **EQUIPMENT IN COURTROOM**
                                    )
17  SILICONIX INCORPORATED,         )
                                    )   Judge: The Honorable William H. Alsup
18                 Defendant.       )   Dates: September 13, 2006 and September 27,
    _____)   2006.
19                                  )   Time: 1:30 pm
    AND RELATED COUNTERCLAIM.       )   Ctrm: 9, 19th Floor
20                                  )
    _____)

21

22

23

24

25

26

27

28

## STIPULATION

It is hereby stipulated by and between Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Siliconix incorporated ("Siliconix") through their respective counsel of record, and respectfully requested that the Court grant the following:

WHEREAS during the technology tutorial scheduled to take place on September 13, 2006 and the claim construction hearing scheduled to take place on September 27, 2006, Matsushita and Siliconix intend to utilize certain audiovisual and electrical equipment to present information to the Court regarding the technology and claim construction issues involved in this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. For purposes of the technology tutorial on September 13, 2006 and the claim construction hearing on September 27, 2006, Matsushita and Siliconix may bring the following equipment and other items into the courtroom:

      (a)    VCR and/or laser disc equipment;

      (b)    video monitors;

      (c)    a projector and a projection screen;

      (d)    high resolution ELMO document camera;

      (e)    laptop and/or desktop computers;

      (f)    control and power devices relating to the above equipment;

      (g)    miscellaneous cables, power cords, and peripheral equipment;

      (h)    oversized demonstrative exhibits;

      (i)    exhibit easels; and

      (j)    equipment carts.

2. Beginning at 10:00 a.m. on September 13, 2006 and 10:00 a.m. on September 27, 2006, Matsushita and Siliconix may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the technology tutorial and claim construction hearing at their scheduled times of 1:30 p.m. on September 13, 2006 and 1:30 p.m. on September 27, 2006.

1

2    DATED:  September 11, 2006            QUINN EMANUEL URQUHART
                                          OLIVER & HEDGES, LLP
3

4                                         By   /s/ David Eiseman
5                                             David Eiseman
                                              Attorneys for Defendant
6                                             Siliconix incorporated

7    DATED:  September 11, 2006            CHRISTENSEN O'CONNOR JOHNSON
                                           KINDNESS[PLLC]
8

9                                         By   /s/ James W. Anable
10                                            James W. Anable
                                              Attorneys for Plaintiff
11                                            Matsushita Electric Industrial Co., Ltd.

12

13

14        PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17

18

19

20        DATED:  September__12__, 2006

21                                        _____
                                          The Honorable William H. Alsup
22                                        United States District Judge

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On September 11, 2006, I served true copies of the following document(s) described as

**STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**

on the parties in this action as follows:

James Anable                                    Peter Chen
Christensen O'Connor Johnson Kindness           McDermott Will & Emery LLP
1420 Fifth Avenue, Suite 2800                   3150 Porter Drive
Seattle, Washington 98101-2347                  Palo Alto, California 94304
anable@cojk.com                                 Telephone: 650-813-5088
                                                pchen@mwe.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from carlanderson@quinnemanuel.com on September 11, 2006, by transmitting a PDF format copy to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2006, at San Francisco, California.


  /s/ Carl G. Anderson
Carl G. Anderson

STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM
CASE NO. C 06-01953 WHA