| | |
|---|---|
| McDERMOTT WILL & EMERY LLP<br>  Peter P. Chen (Bar No. 111426)<br>  Bijal V. Vakil (Bar No. 192878)<br>3150 Porter Drive<br>Palo Alto, California 94304-1212<br>Telephone: 650.813.5000<br>Facsimile: 650.813.5100<br>  pchen@mwe.com<br>  bvakil@mwe.com<br><br>Attorneys for Plaintiff<br>Matsushita Electric Industrial Co., Ltd.<br><br>CHRISTENSEN O'CONNOR<br>JOHNSON KINDNESS$^{PLLC}$<br><br>Of Counsel Attorneys for Plaintiff<br>Matsushita Electric Industrial Co., Ltd. | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>  David Eiseman (Bar No. 114758)<br>  Albert P. Bedecarré (Bar No. 148178)<br>  Victoria F. Maroulis (Bar No. 202603)<br>  Carl G. Anderson (Bar No. 239927)<br>  Emily C. O'Brien (Bar No. 240072)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>  davideiseman@quinnemanuel.com<br>  albedecarre@quinnemanuel.com<br>  victoriamaroulis@quinnemanuel.com<br>  carlanderson@quinnemanuel.com<br>  emilyobrien@quinnemanuel.com<br><br>Attorneys for Defendant<br>Siliconix incorporated |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,<br><br>            Plaintiff,<br><br>  v.<br><br>SILICONIX INCORPORATED,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 06-01953 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO DISMISS ALL CLAIMS AND**<br>**COUNTERCLAIMS WITH PREJUDICE**<br><br>Judge: The Honorable William H. Alsup |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Matsushita Electric Industrial Co., Ltd. ("Matsushita") and Defendant Siliconix incorporated ("Siliconix"), through their respective counsel of record, stipulate as follows:

1. All claims in Matsushita's Complaint and Demand for Jury Trial, filed in Case No. 05 C 0732 S in the United States District Court for the Western District of Wisconsin on December 15, 2005 and subsequently transferred to this Court as Case No. C 06-01953 WHA on March 15, 2006, are dismissed with prejudice.

2. All counterclaims in Siliconix's Answer, Affirmative Defenses, and Counterclaims, filed in the present action on March 20, 2006, are dismissed with prejudice.

3. Matsushita and Siliconix shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced claims and counterclaims.

DATED: September 20, 2006     McDERMOTT WILL & EMERY LLP


By   /s/ Peter P. Chen
     Peter P. Chen
     Attorneys for Plaintiff
     Matsushita Electric Industrial Co., Ltd.

DATED: September 20, 2006     QUINN EMANUEL URQUHART
                              OLIVER & HEDGES, LLP


By   /s/ David Eiseman
     David Eiseman
     Attorneys for Defendant
     Siliconix incorporated

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 DATED: September 21, 2006

_____
The Honorable William H. Alsup
United States District Court Judge